IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JESUS GUZMAN, et al.,

        Plaintiff,

 vs.                                                No. CIV 08-0060 JH/ACT

UNITED STATES OF AMERICA, et. al,

        Defendants.

**ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS
AND RECOMMENDATION RE: SETTLEMENT ON BEHALF OF
MINOR PLAINTIFF M.G. AND DISMISSING CASE**

THIS MATTER is before the Court on the Magistrate Judge's Findings of Fact and Recommendation re: Settlement on Behalf of a Minor Plaintiff M.G. [doc. 109], filed March 5, 2009. The parties have no objections to the Magistrate Judge's findings and recommendation.

IT IS THEREFORE ORDERED that the Findings of Fact and Recommendation Re: Settlement on Behalf of Minor Plaintiff are adopted by the Court.

IT IS FURTHER ORDERED that the Plaintiffs' claims are dismissed with prejudice as to all Defendants in this litigation.

                                                                       _____
                                                                       UNITED STATES DISTRICT JUDGE